IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| KATHY BLACKWELL, ) | |
| ) | C.A. No. 4:06-03172-HMH-TER |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Defendant's Unopposed Motion for Entry of Judgment and the attached fully favorable ALJ decision, it is hereby ordered that Judgment for Plaintiff is entered pursuant to Fed. R. Civ. P. 58(b).

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.<br>
Senior United States District Judge

August 11, 2011